No. 368, Misc., October Term, 1952. GOODMAN ET AL. *v.* McMILLAN, TRUSTEE, ET AL. Petition to withdraw the order of November 30, 1953, 346 U. S. 892, and for further consideration denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 160, Misc. HYSER *v.* UNITED STATES. Motion for leave to file petition for writ of mandamus or writ of certiorari denied.

No. 260, Misc. SAM *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY; and
No. 261, Misc. ROLLAND *v.* MICHIGAN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 184, Misc. DAVIS *v.* WEST VIRGINIA ET AL.; and
No. 262, Misc. EX PARTE JACOBS. Motions for leave to file petitions for writs of mandamus denied.

No. 280, Misc. PINER *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari denied.